UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

NATHANIEL DALE,                    )
                   Petitioner,     )
                                   )        No. 2:17-cv-158
-v-                                )
                                   )        Honorable Paul L. Maloney
CONNIE HORTON,                     )
                   Respondent.     )
_____)

## JUDGMENT

In accordance with the order entered on this date (ECF No. 27), and pursuant to Fed.

R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  August 4, 2020                     /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge